**Exhibit A to the Complaint**

**Location:** Lebanon, NJ  
**Total Works Infringed:** 29  
**IP Address:** 76.117.94.168  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9616818F0C0564A51714980E08C77A60FDC94FC4 | Tushy | 09/29/2018 22:06:38 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 01/21/2018 22:06:20 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 01/16/2018 20:54:16 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 4 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 05/28/2018 16:30:10 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 5 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/13/2017 01:38:31 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 6 | 39F58B9046EBED6CF3F8C861E3A68DBE3730FA24 | Vixen | 02/05/2018 14:51:27 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 7 | 3A7F6BEB952391561E7747B47567444D8EF99790 | Tushy | 12/09/2017 17:33:07 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 8 | 40D4A1A156BD94E458420F0E49C541AA2191B72A | Tushy | 09/01/2018 21:30:08 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 9 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 10/30/2017 20:21:47 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 10 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 10/31/2017 21:02:18 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 11 | 53DB4894FCA7DDBD26158D259CD53023DD8E6C22 | Tushy | 03/27/2018 18:32:34 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 12 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 09/28/2018 14:49:47 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 13 | 5E5648DEC0EEE26A85C27C8802B349ABDC47C17E | Tushy | 11/29/2017 14:11:19 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 14 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | Tushy | 09/29/2018 22:36:55 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 15 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 10/30/2017 17:16:07 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 16 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 09/29/2018 22:37:08 | 07/25/2018 | 09/05/2018 | PA0002134601 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/26/2018 23:19:13 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 18 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | Tushy | 01/14/2018 20:56:09 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 19 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 01/14/2018 19:55:34 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 20 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 02/09/2018 12:40:34 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 21 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 09/28/2018 14:49:13 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 22 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 09/25/2018 13:34:25 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 23 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 08/21/2018 17:05:11 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 24 | DC800EE9C3ABA1795FD12B59A5715C9A8FD92DFF | Tushy | 08/09/2018 19:40:58 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 25 | E052A332B9097369140ED290E5B7EE8CF69FB2A1 | Tushy | 06/17/2018 22:18:52 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 26 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 10/02/2017 15:35:50 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 27 | ECD2CA0F3A6DF7EA0A2D4F861B45DCF93C8FC930 | Tushy | 07/07/2018 21:25:25 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 28 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 12/12/2017 22:47:27 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 29 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 09/24/2018 20:43:51 | 08/12/2018 | 09/01/2018 | PA0002119680 |