# LESLIE A. FARBER, LLC

### ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500  x 213
973.860.1174 (fax)
————
E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

March 5, 2019

*via emai: TJB_orders@njd.us.courts.gov*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: **Strike 3 Holdings, LLC, vs. John Doe Subscriber Assigned IP Address 76.117.94.168**
> **• Motion to Quash Subpoena or, in the alternative to Proceed Anonymously and for a Protective Order, returnable March 18, 2019**
> **\* Request to Remove and Replace Incorrectly Filed Document**

Dear Judge Bongiovanni:

I represent the defendant-subscriber who is the movant in the above referenced case and motion. I just discovered that Exhibit A (ECF document 6-2, filed February 2, 2019), includes a page at the end which was inadvertently included that includes privileged and confidential, attorney-client information previously unknown to the plaintiff.

I, therefore, respectfully request that this document be removed from the Court's docket as soon as possible, that the adversary and its counsel be required to destroy all paper and electronic copies (if they have not done so already), and that the adversary and its counsel be prohibited from disseminating or relying on information contained in the document as originally filed for any purpose, including the pending motion.  The same document without the privileged, confidential, attorney-client information, is attached.

Respectfully submitted,

By: _____
Leslie A. Farber

LAF:beg
Encl.

cc:     John Atkin, Esq. *(via email)*