UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
email: LFarber@LFarberLaw.com
Attorneys for Defendant John Doe subscriber assigned IP address 76.117.94.168

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC**, | Hon. Michael A. Shipp, U.S.D.J. |
| *Plaintiff,* | Case No. 3:18-cv-16593-MAS-TJB |
| vs. | <u>CIVIL ACTION</u> |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.117.94.168**, | **ORDER** |
| *Defendant.* | |

**THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber, LLC, attorneys for defendant John Doe subscriber assigned IP address 76.117.94.168, for an Order Clawing Back and Replacing the originally filed ECF Document 6-2 in support of defendant's Motion to Quash plaintiff's subpoena to Comcast and other relief with the version currently on Pacer, precluding plaintiff from using or relying on any of the information in the originally filed ECF document 6-2 that identifies defendant in any way for its opposition to plaintiff's motion to quash or for any other purpose, and requiring that plaintiff destroy all copies of the original document, and the Court having considered the moving and opposing papers and any arguments of counsel, and good cause having been shown;

    **IT IS** on this _____ day of _____, 2019,

    **ORDERED** that defendant's Motion is hereby Granted; and

IT IS FURTHER ORDERED the originally filed ECF document 6-2 shall remain stricken from the Court's record and shall remain replaced with the version of that document now on the Court's record; and

IT IS FURTHER ORDERED that plaintiff shall not use or rely on any of the information in that originally filed document for its opposition to plaintiff's motion to quash or for any other purpose; and

IT IS FURTHER ORDERED that plaintiff shall destroy all copies of the original document; as soon as practical.

_____